UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| STEPINSKA, DOMINIQUE C | § | Case No. 10-49203 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/24/2012 in Courtroom 4016,
DuPage County Courthouse
505 North County Farm Road
Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
STEPINSKA, DOMINIQUE C § Case No. 10-49203
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 44.25 |
| leaving a balance on hand of[1] | $ | 5,955.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,350.00 |
| Remaining Balance | | $ | 4,605.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 104,713.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 7,875.88 | $ 0.00 | $ 346.41 |
| 2 | FIA CARD SERVICES, N.A. | $ 6,233.33 | $ 0.00 | $ 274.17 |
| 3 | FIA CARD SERVICES, N.A. | $ 6,909.83 | $ 0.00 | $ 303.92 |
| 4 | FIA CARD SERVICES, N.A. | $ 20,117.89 | $ 0.00 | $ 884.87 |
| 5 | Chase Bank USA, N.A. | $ 15,305.22 | $ 0.00 | $ 673.19 |
| 6 | Capital One Bank (USA), N.A. | $ 17,501.83 | $ 0.00 | $ 769.80 |
| 7 | GE Capital Retail Bank | $ 107.10 | $ 0.00 | $ 4.71 |
| 8 | GE Capital Retail Bank | $ 245.93 | $ 0.00 | $ 10.82 |
| 9 | PYOD LLC its successors and assigns as assignee of | $ 16,900.06 | $ 0.00 | $ 743.34 |
| 10 | PYOD LLC its successors and assigns as assignee of | $ 13,516.55 | $ 0.00 | $ 594.52 |

Total to be paid to timely general unsecured creditors   $ 4,605.75

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
David R. Brown, Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Dominique C Stepinska  
    Debtor

Case No. 10-49203-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: vwalker     Page 1 of 2     Date Rcvd: Aug 01, 2012  
                 Form ID: pdf006     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2012.
```
db            +Dominique C Stepinska,    246 Pamela,    Bensenville, IL 60106-3282
16370236      +Bank of America Home Loans,    450 American St,    Simi Valley, CA 93065-6285
16370237     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
17939574       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
16370238      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17933621       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16370239      +Citibank,   Po Box 22828,    Rochester, NY 14692-2828
17889778       FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
16370243     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    19001 S. Western Ave,    WF21,
                Torrance, CA 90501)
16370244      +Universal/Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16370240       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 02 2012 04:55:22      Discover Financial Services,
                Po Box 15316,    Wilmington, DE 19850
17876492       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 02 2012 04:55:22      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18089410       E-mail/PDF: rmscedi@recoverycorp.com Aug 02 2012 05:14:42      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16370241      +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2012 05:04:30      Ge Money Bank/Gap,    Po Box 981400,
                El Paso, TX 79998-1400
16370242      +E-mail/Text: bnc@nordstrom.com Aug 02 2012 02:57:27      Nordstrom Fsb,    Po Box 6555,
                Englewood, CO 80155-6555
18270611      +E-mail/Text: resurgentbknotifications@resurgent.com Aug 02 2012 02:55:33
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16370235     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16370245     ##+Wells Fargo Bank,    Po Box 94498,    Las Vegas, NV 89193-4498
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: vwalker              Page 2 of 2               Date Rcvd: Aug 01, 2012
                               Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2012 at the address(es) listed below:

        David R Brown    dbrown@springerbrown.com,  dbrown@ecf.epiqsystems.com;jill@springerbrown.com
        Michael J Worwag   on behalf of Debtor Dominique Stepinska mjworwag@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                      TOTAL: 3