# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEPINSKA, DOMINIQUE C | § | Case No. 10-49203 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: 59,975.00

Total Distributions to Claimants: 4,605.75

Claims Discharged
Without Payment: 247,090.87

Total Expenses of Administration: 1,394.25

---

3) Total gross receipts of $ 6,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 6,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 407,113.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 1,394.25 | 1,394.25 | 1,394.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 146,983.00 | 104,713.62 | 104,713.62 | 4,605.75 |
| TOTAL DISBURSEMENTS | $ 554,096.00 | $ 106,107.87 | $ 106,107.87 | $ 6,000.00 |

4) This case was originally filed under chapter 7 on 11/02/2010 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2013            By:/s/DAVID R. BROWN _____

                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Toyota Sienna | 1129-000 | 5,850.00 |
| 1999 Oldsmobile Intrigue | 1129-000 | 150.00 |
| TOTAL GROSS RECEIPTS | | $6,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Loans 450 American St Simi Valley, CA 93065 | | 399,871.00 | NA | NA | 0.00 |
| | Toyota Motor Credit 19001 S. Western Ave WF21 Torrance, CA 90501 | | 7,242.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 407,113.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| UNION BANK | 2600-000 | NA | 2.46 | 2.46 | 2.46 |
| UNION BANK | 2600-000 | NA | 4.92 | 4.92 | 4.92 |
| UNION BANK | 2600-000 | NA | 12.29 | 12.29 | 12.29 |
| UNION BANK | 2600-000 | NA | 12.29 | 12.29 | 12.29 |
| UNION BANK | 2600-000 | NA | 12.29 | 12.29 | 12.29 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,394.25 | $ 1,394.25 | $ 1,394.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 19,377.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 6,537.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | 5,966.00 | NA | NA | 0.00 |
| | Capital One Po Box 85520 Richmond, VA 23285 | | 17,259.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 14,923.00 | NA | NA | 0.00 |
| | Citibank Po Box 22828 Rochester, NY 14692 | | 41,731.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Po Box 6241 Sioux Falls, SD 57117 | | 16,437.00 | NA | NA | 0.00 |
| | Discover Financial Services Po Box 15316 Wilmington, DE 19850 | | 7,673.00 | NA | NA | 0.00 |
| | Ge Money Bank/Gap Po Box 981400 El Paso, TX 79998 | | 183.00 | NA | NA | 0.00 |
| | Nordstrom Fsb Po Box 6555 Englewood, CO 80155 | | 2,209.00 | NA | NA | 0.00 |
| | Universal/Citibank Po Box 6241 Sioux Falls, SD 57117 | | 13,516.00 | NA | NA | 0.00 |
| | Wells Fargo Bank Po Box 94498 Las Vegas, NV 89193 | | 1,172.00 | NA | NA | 0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 17,501.83 | 17,501.83 | 769.80 |
| 5 | CHASE BANK USA, N.A. | 7100-900 | NA | 15,305.22 | 15,305.22 | 673.19 |
| 1 | DISCOVER BANK | 7100-900 | NA | 7,875.88 | 7,875.88 | 346.41 |
| 2 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 6,233.33 | 6,233.33 | 274.17 |
| 3 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 6,909.83 | 6,909.83 | 303.92 |
| 4 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 20,117.89 | 20,117.89 | 884.87 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | GE CAPITAL RETAIL BANK | 7100-900 | NA | 245.93 | 245.93 | 10.82 |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-900 | NA | 16,900.06 | 16,900.06 | 743.34 |
| 10 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-900 | NA | 13,516.55 | 13,516.55 | 594.52 |
| 7 | GE CAPITAL RETAIL BANK | 7100-901 | NA | 107.10 | 107.10 | 4.71 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 146,983.00 | $ 104,713.62 | $ 104,713.62 | $ 4,605.75 |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

DOCUMENT PAGE RECORD

ASSET CASES

| Case No. | 10-49203 DRC Judge: DONALD R CASSLING | Trustee Name: | DAVID R. BROWN |
| Case Name: | STEPINSKA, DOMINIQUE C | Date Filed (f) or Converted (c): | 11/02/10 (f) |
| | | 341(a) Meeting Date: | 01/04/11 |
| For Period Ending: 06/29/12 | | Claims Bar Date: | 12/29/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Located at 246 Pamela, Bensenville Il. | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Personal Checking account with Charter One | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. Business Checking account with Charter One | 5.00 | 0.00 | DA | 0.00 | FA |
| 4. Miscellaneous Household Goods and Used Furniture | 900.00 | 0.00 | DA | 0.00 | FA |
| 5. Used books, compact discs family pictures | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. Used Personal Clothing | 600.00 | 0.00 | DA | 0.00 | FA |
| 7. Costume Jewelry | 400.00 | 0.00 | DA | 0.00 | FA |
| 8. Term Life Insurance Policy - No Cash Surrender Val | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Qualfied 401(k) Plan | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 10. International Distributions, Inc - 100% (Current) | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 2008 Toyota Sienna | 15,000.00 | 12,600.00 | | 5,850.00 | FA |
| 12. 1999 Oldsmobile Intrigue | 500.00 | 150.00 | | 150.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $357,725.00 | $12,750.00 | | $6,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Bar date just expired on 12/29/11 Awaits claim review and objections, if any.

Initial Projected Date of Final Report (TFR) 06/30/12    Current Projected Date of Final Report (TFR): 06/30/12

LFORM1    Ver: 16.06b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-49203 -DRC | | Trustee Name: | DAVID R. BROWN |
| Case Name: | STEPINSKA, DOMINIQUE C | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******1556 Checking Account |
| Taxpayer ID No: | *******4686 | | | |
| For Period Ending: | 06/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/11 | 11 | D Stepinska<br>246 Pamel Dr.<br>Bensneville, IL 60106 | Settlement payment | 1129-000 | 1,000.00 | | 1,000.00 |
| 07/06/11 | 11, 12 | Dominique Stepinski<br>246 Pamel Dr<br>Bensenville, IL 60106 | Settlement payment | 1129-000 | 500.00 | | 1,500.00 |
| 08/04/11 | 11 | Dominique Stepinska (Debtor)<br>246 Pamel Dr.<br>Bensenville, IL 60106 | Settlement payment | 1129-000 | 500.00 | | 2,000.00 |
| 09/07/11 | 11 | Dominika Stepinska (Debtor)<br>246 Pamel Drive<br>Bensenville, IL 60106 | Settlement payment | 1129-000 | 500.00 | | 2,500.00 |
| 09/28/11 | 11 | Dominika Stepinska | | 1129-000 | 3,500.00 | | 6,000.00 |
| 10/19/11 | | Union Bank | bank charges | 2600-000 | | 2.46 | 5,997.54 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | 4.92 | 5,992.62 |
| 12/20/11 | | Union Bank | Bank Charges | 2600-000 | | 12.29 | 5,980.33 |
| 01/17/12 | | Union Bank | Bank Charges | 2600-000 | | 12.29 | 5,968.04 |
| 01/25/12 | | Union Bank | Bank Charges | 2600-000 | | 12.29 | 5,955.75 |
| 02/03/12 | | Transfer to Acct #*******3549 | Bank Funds Transfer | 9999-000 | | 5,955.75 | 0.00 |

Page Subtotals    6,000.00    6,000.00

Ver: 16.06b

LFORM24

Page:  2

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-49203 -DRC | Trustee Name: | DAVID R BROWN |
|---|---|---|---|
| Case Name: | STEPINSKA, DOMINIQUE C | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1556  Checking Account |
| Taxpayer ID No: | *******4686 | | |
| For Period Ending: | 06/29/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,000.00 | 6,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 5,955.75 | |
| | | | Subtotal | | 6,000.00 | 44.25 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,000.00 | 44.25 | |

Page Subtotals       0.00       0.00

Ver. 16.06b

**FORM 3**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-49203 -DRC |
| Case Name: | STEPINSKA, DOMINIQUE C |
| Taxpayer ID No: | *******4686 |
| For Period Ending: | 06/29/12 |

| | |
|---|---|
| Trustee Name: | DAVID R. BROWN |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3549  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/12 | | Transfer from Acct #*******1556 | Bank Funds Transfer | 9999-000 | 5,955.75 | | 5,955.75 |

|  |  | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|
| | COLUMN TOTALS | 5,955.75 | 0.00 | 5,955.75 |
| Less: | Bank Transfers/CD's | 5,955.75 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: | Payments to Debtors | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******1556 | 6,000.00 | 44.25 | 0.00 |
| Checking Account - *******3549 | 0.00 | 0.00 | 5,955.75 |
| | 6,000.00 | 44.25 | 5,955.75 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    5,955.75    0.00

Ver: 16.06b

LFORM24